**SCHIAN WALKER, P.L.C**.
3550 NORTH CENTRAL AVENUE, #1700
PHOENIX, ARIZONA 85012-2115
TELEPHONE: (602) 277-1501
FACSIMILE: (602) 297-9633
E-MAIL: ecfdocket@swazlaw.com
SCOTT R. GOLDBERG, #015082
CODY J. JESS. #025066
Proposed Attorneys for Debtors

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>THORNWOOD FURNITURE MANUFACTURING, INCORPORATED,<br><br>Debtor. | No. 2-10-bk-17750-RJH<br><br>CHAPTER 11<br><br>**MOTION FOR JOINT ADMINISTRATION** |

Thornwood Furniture Manufacturing, Incorporated ("**Thornwood**"), and Albacore Holdings, LLC ("**Albacore**" and with Thornwood, "the "**Debtors**"), pursuant to Rule 1015(b)(4), Federal Rules of Bankruptcy Procedure, request that this bankruptcy case be jointly administered with the bankruptcy case of *In re Albacore Holdings, LLC*, No. 2-10-bk-17754-SSC. In support of this *Motion for Joint Administration* ("**Motion**"), the Debtors represent the following:

1. On June 7, 2010, the Debtors filed voluntary petitions under Chapter 11 of the Bankruptcy Code. The Albacore case is proceeding before the Honorable Sarah S. Curley, while the Thornwood bankruptcy case is before this Court.

2. Thornwood is in the business of manufacturing retail and commercial furniture, while Albacore owns the real property upon which Thornwood operates. The Debtors share common ownership, corporate officers and share the same single secured creditor, M&I Marshall & Ilsley Bank ("**M&I**"). M&I alleges that the loans it made to the Debtors are cross-defaulted and cross-collateralized. The reorganization of one debtor is dependent upon the reorganization of the other debtor, and both Debtors intend to restructure their obligations to M&I under a joint plan of reorganization.

3. The cost to creditors, if the cases are jointly administered, will be substantially decreased by avoiding duplicate notices and mailings to creditors and duplicate pleadings in all cases.

4. The Debtors have noticed this Motion to the Office of the United States Trustee, creditors, and other interested parties as listed on the Debtors' master mailing lists. The Debtors propose to give notice of the entry of an order approving this Motion in the form attached hereto as Exhibit "A."

WHEREFORE, the Debtors respectfully request that the Court order the joint administration of Thornwood Furniture Manufacturing, Incorporated, and Albacore Holdings, LLC under the case Thornwood Furniture Manufacturing, Incorporated, No. 2:10-bk-17750-RJH, under the following caption:

| | |
|---|---|
| In re:<br><br>THORNWOOD FURNITURE MANUFACTURING, INCORPORATED,<br><br>Debtor. | No. 2-10-bk-17750-RJH<br>No. 2-10-bk-17754<br><br>(Jointly Administered)<br><br>CHAPTER 11 |
| In re:<br><br>ALBACORE HOLDINGS, LLC,<br><br>Debtor. | |

DATED this  8th  day of June, 2010.

                                            SCHIAN WALKER, P.L.C.

                                        By  /s/   CODY J. JESS, #025066
                                                Scott R. Goldberg
                                                Cody J. Jess
                                                Proposed Attorneys for Debtors

COPY of the foregoing
e-mailed this __8th__ day
of June, 2010, to:

Edward K. Bernatavicius, Esq.
U.S. Trustee's Office
230 North First Avenue, #204
Phoenix, Arizona 85003-1706
edward.k.bernatavicius@usdoj.gov

Brian Sirower, Esq.
Michael Migliaccio, Esq.
Quarles & Brady, LLP
Two North Central Avenue
Phoenix, Arizona 85004-2391
Attorneys for M&I Marshall & Ilsley Bank
bsirower@quarles.com
michael.migliaccio@quarles.com

and COPY mailed to:

Debtors' List of 20 Largest
Unsecured Creditors


   /s/   DEBBI STEPHENS

140426.5

# EXHIBIT "A"

**SCHIAN WALKER, P.L.C**.
3550 NORTH CENTRAL AVENUE, #1700
PHOENIX, ARIZONA 85012-2115
TELEPHONE: (602) 277-1501
FACSIMILE: (602) 297-9633
E-MAIL: ecfdocket@swazlaw.com
SCOTT R. GOLDBERG, #015082
CODY J. JESS. #025066
Proposed Attorneys for Debtors

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>THORNWOOD FURNITURE MANUFACTURING, INCORPORATED,<br><br>       Debtor.<br><br>In re:<br><br>ALBACORE HOLDINGS, LLC,<br><br>       Debtor. | No. 2-10-bk-17750-RJH<br>No. 2-10-bk-17754<br><br>(Jointly Administered)<br><br>CHAPTER 11<br><br>**ORDER APPROVING MOTION FOR JOINT ADMINISTRATION** |

Thornwood Furniture Manufacturing, Incorporated and Albacore Holdings, LLC, debtors and debtors-in-possession in the above-referenced Chapter 11 proceedings (the "**Debtors**"), having filed their *Motion for Joint Administration* (the "**Motion**"), and good cause appearing,

IT IS HEREBY ORDERED that the Motion is approved and the cases will be jointly administered under the first-filed case: Thornwood Furniture Manufacturing, Incorporated, Case No. 2:10-bk-17750-RJH.

IT IS FURTHER ORDERED that the Debtors shall provide notice of the Motion to all creditors and parties-in-interest, with opportunity to object, pursuant to Rule 2002, Federal Rules of Bankruptcy Procedure.

IT IS ORDERED directing the Clerk of the Court to jointly administer the above-captioned bankruptcy cases so that all pleadings and documents filed in these cases, including in any

adversary proceeding, or contested matter, be filed under Case No. 2:10-bk-17750-RJH, using the above caption.

IT IS FURTHER ORDERED directing proposed counsel for the Debtors to file a consolidated master mailing list containing the names and addresses of the creditors in each bankruptcy case.

IT IS FURTHER ORDERED that unless an objection to the entry of this Order is timely made, this Order approving joint administration shall become final.

DATED AND SIGNED ABOVE.

140430.2