B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA
# Maricopa County DIVISION

In re *Thornwood Furniture Manufacturing, Inc.*      Case No. *2-10-bk-17750*
     *an Arizona corporation*      Chapter *11*

,
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>Packsize Corp.<br>4505 Wasatch Blvd. #135<br>Salt Lake City UT   84124 | Phone: 801-944-4814<br>Packsize Corp.<br>4505 Wasatch Blvd. #135<br>Salt Lake City UT   84124 | Trade Debt | | $ 465,824.76 |
| 2<br>Roseburg Forest Products<br>P.O. Box 1088<br>Roseburg OR   97470 | Phone: 541-679-3311<br>Roseburg Forest Products<br>P.O. Box 1088<br>Roseburg OR   97470 | Trade Debt | | $ 296,859.87 |
| 3<br>Banks Hardwoods, Inc.<br>P.O. Box 1885<br>Elkhart IN   46515 | Phone: 269-483-2323<br>Banks Hardwoods, Inc.<br>P.O. Box 1885<br>Elkhart IN   46515 | Trade Debt | | $ 145,066.92 |
| 4<br>IVC Industrial Coatings<br>560 W. Centennial Blvd.<br>Casa Grande AZ   85122-8110 | Phone: 480-967-8702<br>IVC Industrial Coatings<br>560 W. Centennial Blvd.<br>Casa Grande AZ   85122-8110 | Trade Debt | | $ 123,038.07 |
| 5<br>Swift Transportation<br>P.O. Box 29243<br>2200 S. 75th Ave.<br>Phoenix AZ   85038-9243 | Phone: 623-907-7576<br>Swift Transportation<br>P.O. Box 29243<br>2200 S. 75th Ave.<br>Phoenix AZ   85038-9243 | Trade Debt | | $ 114,641.88 |

_____ ,
                          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 6<br>Columbia Forest Products<br>P.O. Box 60252<br>Charlotte NC  28260 | Phone: 888-237-9663<br>Columbia Forest Products<br>P.O. Box 60252<br>Charlotte NC  28260 | Trade Debt | | $ 106,652.67 |
| 7<br>AKZO Nobel Coatings, Inc.<br>311 Otterson Dr. Ste. 60<br>Chico CA  95928 | Phone: 503-585-2700<br>AKZO Nobel Coatings, Inc.<br>311 Otterson Dr. Ste. 60<br>Chico CA  95928 | Trade Debt | | $ 93,962.42 |
| 8<br>US Industrial Fasteners, Inc.<br>2026 E. Cedar St.<br>Tempe AZ  85281 | Phone: 480-967-8702<br>US Industrial Fasteners<br>2026 E. Cedar St.<br>Tempe AZ  85281 | Trade Debt | | $ 93,765.09 |
| 9<br>Maley & Wertz, Inc.<br>900 E. Columbia St.<br>Evansville IN  47224 | Phone: 812-425-3358<br>Maley & Wertz, Inc.<br>900 E. Columbia St.<br>Evansville IN  47224 | Trade Debt | | $ 89,018.92 |
| 10<br>Van Gilder Agency<br>3602 E. Greenway Pkwy.<br>Phoenix AZ  85032-4648 | Phone: 602-734-2682<br>Van Gilder Agency<br>3602 E. Greenway Pkwy.<br>Phoenix AZ  85032-4648 | Trade Debt | | $ 66,647.50 |
| 11<br>Spellman Hardwoods<br>4645 N. 43rd Ave.<br>Phoenix AZ  85031 | Phone: 602-272-2313<br>Spellman Hardwoods<br>4645 N. 43rd Ave.<br>Phoenix AZ  85031 | Trade Debt | | $ 48,952.92 |
| 12<br>Wood Brokerage International<br>3 Centerpoint Dr. N. #125<br>Lake Oswego OR  97035 | Phone: 503-872-3554<br>Wood Brokerage International<br>3 Centerpoint Dr. N. #125<br>Lake Oswego OR  97035 | Trade Debt | | $ 37,800.00 |
| 13<br>Veneer Solutions, LLC<br>305 Industrial Blvd.<br>Fort Worth TX  75426 | Phone: 903-427-0262<br>Veneer Solutions<br>305 Industrial Blvd.<br>Fort Worth TX  75426 | Trade Debt | | $ 37,157.23 |

_____ ,
                          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 14<br>Glasswerks<br>8720 S. San Pedro St.<br>Los Angeles CA  90003 | Phone: 888-789-7810<br>Glasswerks<br>8720 S. San Pedro St.<br>Los Angeles CA  90003 | Trade Debt | | $ 34,848.01 |
| 15<br>Sierra Pine Composite Solution<br>3010 Lava Ridge Court, #220<br>Roseville CA  95661 | Phone: 800-676-3339<br>Sierra Pine Composite Solution<br>3010 Lava Ridge Court, #220<br>Roseville CA  95661 | Trade Debt | | $ 32,962.56 |
| 16<br>Weyerhauser NR Company<br>P.O. Box 6746<br>Phoenix AZ  85005 | Phone: 661-362-0832<br>Weyerhauser NR Company<br>P.O. Box 6746<br>Phoenix AZ  85005 | Trade Debt | | $ 23,394.64 |
| 17<br>Ferrari America, Inc.<br>4189 Egle Hill Dr. #110<br>High Point NC  27265 | Phone: 800-664-4872<br>Ferrari America, Inc.<br>4189 Egle Hill Dr. #110<br>High Point NC  27265 | Trade Debt | | $ 22,543.60 |
| 18<br>Southern Fastening Systems<br>3801 E. Roeser Rd., #16<br>Phoenix AZ  85040 | Phone: 602-454-0418<br>Southern Fastening Systems<br>3801 E. Roeser Rd., #16<br>Phoenix AZ  85040 | Trade Debt | | $ 21,001.00 |
| 19<br>Tall Tree Administrators<br>802 E. Winchester St., #250<br>Salt Lake City UT  84107 | Phone: 801-274-8100<br>Tall Tree Administrators<br>802 E. Winchester St., #250<br>Salt Lake City UT  84107 | Trade Debt | | $ 20,472.27 |
| 20<br>Transindo USA, Inc.<br>2855 S. Resevoir St.<br>Pomona CA  91766 | Phone: 909-627-2599<br>Transindo USA, Inc.<br>2855 S. Resevoir St.<br>Pomona CA  91766 | Trade Debt | | $ 19,351.20 |

_____ ,
_____Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, *Craig Thorn* , *President* of the *Corporation* named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that they are true and correct to the best of my knowledge, information and belief.

Date: *6/9/2010*      Signature  */s/ Craig Thorn*
                  Name: *Craig Thorn*
                  Title: *President*