# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | THORNWOOD FURNITURE MANUFACTURING, INCORPORATED | | |
| **Case Number:** | 2:10-bk-17750-RJH | **Chapter:** | 11 |
| **Date / Time / Room:** | THURSDAY, JUNE 10, 2010 11:45 AM   6TH FLOOR #602 | | |
| **Bankruptcy Judge:** | EILEEN W. HOLLOWELL | | |
| **Courtroom Clerk:** | LUANN BELLER | | |
| **Reporter / ECR:** | KAYLA MORGAN | | |

## *Matter:*

EXPEDITED HEARING ON DEBTOR'S MOTION AUTHORIZING PAYMENT OF PRE-PETITION WAGES, SALARIES AND COMMISSIONS

**R / M #:**   6 / 0

## *Appearances:*

DALE C. SCHIAN/SCOTT GOLDBERG, ATTORNEYS FOR THORNWOOD FURNITURE MANUFACTURING, INCOR
BRIAN SIROWER/JASON CURRY, ATTORNEYS FOR M & I BANK
EDWARD K. BERNATAVICIUS, ATTORNEY FOR U.S. TRUSTEE
PATRICK CLISHAM, ATTORNEY FOR INVESTPRO PARTNERS

## *Proceedings:*

Mr. Schian urged his motion, stating that they need to make payroll.

Mr. Sirower stated that he has no objection in principal but explained his concerns regarding payment to some parties.

Mr. Schian replied.

Mr. Sirower stated that he wants to reserve his client's rights.

Mr. Schian reviewed the motions that have been recently filed and noted that a hearing date will be needed next week.

Mr. Bernatavicius reviewed the U.S. Trustee's position, stating that he has no objection to the wage order or the motion for joint administration.  He informed the Court that the U.S. Trustee is in the process of soliciting for an unsecured creditors committee.

COURT:  THE COURT WILL MAKE SURE THAT JUDGE HAINES' STAFF WILL FIND A JUDGE TO HEAR THE MATTERS THAT NEED TO BE HEARD ON AN EXPEDITED BASIS.  COUNSEL MAY UPLOAD AN ORDER TO JUDGE HAINES' BOX AND JUDGE HAINES' CHAMBERS WILL BE IN TOUCH WITH COUNSEL.